UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | Criminal Action No.: 08-cc37 (RMU) |
| : | |
| PARTHASARATHY SUDARSHAN *et al.*,  : | |
| : | |
| Defendants.  : | |

**ORDER**

FILED
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 25th day of February, 2008 hereby

**ORDERED** that the plea hearing in the above-captioned case originally scheduled for February 25, 2008 is **RESCHEDULED** for Thursday, March 13, 2008 at 2:00 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge