CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)  Criminal No. 08-0037 (RMU)
)
vs. )
)
PARTHASARATHY SUDARSHAN )

**FILED**

MAR 13 2008

Clerk, U.S. District and
Bankruptcy Courts

<u>WAIVER OF TRIAL BY JURY</u>

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Ricardo M. Urbina
United States District Court Judge

Date  3·13·08