# United States District Court
## for the District of Columbia

**FILED**

**MAR 13 2008**

**Clerk, U.S. District and Bankruptcy Courts**

UNITED STATES OF AMERICA

v.

**PARTHASARATHY SUDARSHAN**

WAIVER OF INDICTMENT

Case Number: 08- 0037  (RMU)

I, **Parthasarathy Sudarshan** , the above named defendant, who is accused of **Conspiracy to Violate the International Emergency Economic Powers Act and the Export Administration Regulations and to Violate the Arms Export Control Act and the International Traffic in Arms Regulations, Title 18, United States Code, Section 371** and being advised of the nature of the charge(s), the proposed information, and of my rights hereby waive in open court on **March 13, 2008,** prosecution by indictment and consent that the proceeding may be  by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge

Date: 3·13·08