UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 08-0037 (RMU) |
| : | |
| PARTHASARATHY SUDARSHAN, : | |
| : | |
| Defendant. : | |

### ORDER

Based on the parties' telephonic representations and request to chambers on May 23, 2008 for a modified briefing schedule, it is this 27th day of May, 2008 hereby **ORDERED** that the parties' request is **GRANTED**; and it is

**FURTHER ORDERED** that, in anticipation of the sentencing hearing scheduled for June 16, 2008, the parties file all memoranda in aid of sentencing on or before June 6, 2008; and it is

**ORDERED** that the parties file all responses to memoranda in aid of sentencing on or before June 12, 2008; and it is

**FURTHER ORDERED** that the parties' submissions may not exceed 10 pages.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge