IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-037 (RMU) |
| v. | : | |
| PARTHASARATHY SUDARSHAN, | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

The United States of America, through its undersigned counsel, moves for a downward departure pursuant to § 5K1.1 of the Guidelines to reflect the defendant's substantial assistance to the government. In support of this motion, the government has filed contemporaneously and under seal, a "Government's Statement of Reasons to Support Its Motion for Downward Departure." For the reasons contained therein, the Court should grant the government's motion for downward departure. In addition, pursuant to § 3E1.1(b) of the Guidelines, the government moves for an additional one-level reduction in the defendant's offense level to reflect his timely guilty plea.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 451058

By:    /s/
JAY I. BRATT
Assistant United States Attorney
Illinois Bar No. 6187361
(202) 514-3225
jay.bratt@usdoj.gov

        /s/
ANTHONY ASUNCION
Assistant United States Attorney
D.C. Bar No. 420822
(202) 514-6950
anthony.asuncion@usdoj.gov

National Security Section
555 4th Street, NW – 11th Floor
Washington, D.C. 20530


        /s/
CLIFFORD I. RONES
Senior Trial Attorney
Counterespionage Section
U.S. Department of Justice
Md. Bar No. 8506010284
1400 New York Avenue, NW
Washington, D.C. 20530
clifford.rones@usdoj.gov

## Certificate of Service

  I, Anthony Asuncion, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for defendant Sudarshan this 6th day of June, 2008.

                       /s/
                     Anthony Asuncion

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-037 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **PARTHASARATHY SUDARSHAN,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Before the Court is the government's motion for a downward departure pursuant to § 5K1.1 of the Guidelines. In addition, the government seeks an additional one-level reduction in the defendant's offense level pursuant to § 3E1.1(b). The Court having considered the government's motion, it **GRANTS** it.

**DONE AND ORDERED** this _____ day of June, 2008.

_____
Honorable Ricardo M. Urbina
United States District Judge

Copies to:

AUSA Jay I. Bratt
AUSA Anthony Asuncion
William T. Hassler, Esq.
Reid H. Weingarten, Esq.