NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

    vs.                              Criminal Number

(Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☐ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*R. Hyers*

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

*(Attorney & Bar ID Number)*

*(Firm Name)*

*(Street Address)*

*(City)*    *(State)*    *(Zip)*

*(Telephone Number)*