## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Crim. No.  08-0037-01 (RMU) |
| | ) |
| PARTHASARATHY SUDARSHAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SENTENCING MEMORANDUM OF PARTHASARATHY SUDARSHAN

Reid H. Weingarten
William T. Hassler
Robert A. Ayers
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
 (202) 429-3000

Counsel for Parthasarathy Sudarshan

Dated:  June 6, 2008

**TABLE OF CONTENTS**

Page

I.    INTRODUCTION ........................................................................................................1

II.   DISCUSSION .............................................................................................................2

      A.    Federal Sentencing After *United States v. Booker* ...................................................2

      B.    Consideration Of The Additional 18 U.S.C. § 3553(a) Factors Strongly Supports
            A Lenient Non-Guidelines Sentence ........................................................................2

            1.    The Nature And Circumstances Of The Offense Warrant Leniency ...........3

            2.    Mr. Sudarshan's History And Characteristics, Including Strong Family
                  Ties And Charitable Nature, Warrant A Non-Guidelines Sentence ............5

            3.    Avoidance of Disparities in Sentences .........................................................7

      C.    A Non-Guidelines Sentence of Time Served Affords Adequate Deterrence To
            Criminal Conduct.....................................................................................................9

III.  CONCLUSION...........................................................................................................10

**INDEX OF EXHIBITS**

Press Release, White House, U.S.-India Joint Statement (Mar. 2, 2006).......................................A

United States and India Complete Civil Nuclear Negotiations, Joint Statement by
      Secretary of State Condoleezza Rice and Indian Minister of External Affairs Shri
      Pranab Mukherjee (July 27, 2007).......................................................................................B

Steve Herman, Gates Visit to India Latest Sign of Growing Military Ties (Feb. 26, 2008) ..........C

Media Note; U.S. Dep't of State, Joint United States-India Statement on the India-US
      Joint Working Group on Counterterrorism, (rel. Apr. 21, 2006).........................................D

Subhash Vohra, India is Emerging as a New Major Market for U.S. Defense Industries
      (Mar. 25, 2008) .....................................................................................................................E

Nandini Lakshman, Gates Butters Up India for U.S. Guns, Bus. Week, Feb. 26, 2008 ............... F

Supporting Letters – Selected Excerpts ........................................................................................G

Avoidance of Unwarranted Sentencing Disparities, Table of Historical Sentences.......................H

Summons To An Accused Person, SC-007676-08 (Mar. 6, 2008)................................................. I

## I.    INTRODUCTION

Mr. Sudarshan in this case has already served more time than the typical defendant sentenced for similar offenses. The 15 months he has already been incarcerated exceed the sentences of more than 65% of other defendants convicted of comparable export violations. Based on that fact, and the sentencing factors enumerated in 18 U.S.C. § 3553(a), Mr. Sudarshan respectfully requests that the Court sentence him to time served. The alternative that the government may seek under the plea agreement -- that Mr. Sudarshan be sentenced to 60 months -- is not required, and in this case would not be just or fair.

Time already served is appropriate in this case for several reasons. First, the Court should depart downward significantly, pursuant to U.S.S.G. § 5K1.1, because Mr. Sudarshan provided substantial assistance to the U.S. government, as detailed in a separate submission to be filed by the government under seal following numerous meetings with Mr. Sudarshan.

Second, under United States v. Booker, 543 U.S. 220 (2005), the Court may and should evaluate the factors specified in 18 U.S.C. § 3553(a), including the goal of avoiding disparities in sentencing in cases involving similar conduct. In this case, a proper evaluation of those factors demonstrates that Mr. Sudarshan's 15 months of incarceration to date is "just punishment" for the conduct at issue, even if the Court declines to depart downward to a degree that results in a Guidelines range of 15 months or less. Given this record and the facts of this case, additional time of incarceration will not serve the ends of justice and should not be imposed.

Third, the Probation Officer has recommended that the Court depart downward under the Guidelines because Mr. Sudarshan is a deportable alien, and, consequently, is not eligible for certain conditions of confinement, such as designation to a minimum security facility or a term of supervised release, that are available to U.S. citizens. The Plea Agreement entered into by Mr. Sudarshan and the government prohibits him from raising this issue as a departure under the

Guidelines themselves. As a <u>Booker</u> factor, however, the Court obviously should consider all such matters raised by the Probation Office, including the impact of Mr. Sudarshan's immigration status on his conditions of incarceration.

## II.    DISCUSSION

### A.    Federal Sentencing After *United States v. Booker*

<u>Booker</u> freed sentencing courts from the rigid, formalistic framework that previously existed under the Federal Sentencing Guidelines. A sentencing judge now has the discretion and responsibility to consider any relevant characteristic of an offense or of the particular defendant and to take into account the sentencing goals Congress enumerated in the Sentencing Reform Act at 18 U.S.C. § 3553(a). <u>See</u> <u>generally</u> <u>United States v. Dorcely</u>, 454 F.3d 366, 375 (D.C. Cir.) (<u>Booker</u> "requires" the district court both to consider the Guidelines range <u>and</u> the other Section 3553(a) factors.), <u>cert. denied</u>, 127 S. Ct. 691 (2006).[1]  If, after considering the applicable downward departures, the Court concludes that the advisory Guidelines range still calls for a term of imprisonment beyond the 15 months that Mr. Sudarshan has served, the Court may and should impose a non-Guidelines sentence of time served to reflect the circumstances in this case based on the factors set forth in Section 3553(a).

### B.    Consideration Of The Additional 18 U.S.C. § 3553(a) Factors Strongly Supports A Lenient Non-Guidelines Sentence

After evaluating the Sentencing Guidelines and calculating a potentially applicable Guidelines range, a sentencing court must consider the remaining Section 3553(a) factors in order to impose a sentence "'sufficient, but not greater than necessary,'" to comply with the purposes set forth in 18 U.S.C. § 3553(a). <u>United States v. Safavian</u>, 461 F. Supp. 2d 76, 82, (D.D.C. 2006) (quoting 18 U.S.C. § 3553(a)).

---

[1] <u>See also</u> <u>United States v Pickett</u>, 475 F.3d 1347, 1353 (D.C. Cir. 2007) ("A sentencing judge cannot simply presume that a Guidelines sentence is the correct sentence.") (footnote and citations omitted), <u>cert. denied</u>, 128 S. Ct. 870 (2008).

1.    **The Nature And Circumstances Of The Offense Warrant Leniency**

Evaluation of "the nature and circumstances of the offense" under 18 U.S.C. § 3553(a)(1)

strongly weighs in favor of a sentence in this case of no more than 15 months.  For example, all

of the exports at issue in this case were to companies owned or controlled by the Government of

India, which is closely allied with the United States and not a risk to U.S. security.  Since 2006,

President Bush, Secretary of State Rice and Secretary of Defense Gates all have made personal

visits to India.  During those visits, all three stressed the close ties between the two nations,

including close military relations, and coordination of anti-terrorism activities.[2]  In 2007, India

and the United States announced the completion of negotiations on a bilateral agreement for

peaceful nuclear cooperation (known as the "123 agreement"), under which the United States

will provide access to peaceful nuclear technology.[3]

The Voice of America in the last three months has proclaimed that India is emerging as a

---

[2] See, e.g., Press Release, White House, U.S.-India Joint Statement (Mar. 2, 2006), available at http://www.state.gov/p/sca/rls/pr/2006/62418.htm ("President George W. Bush and Prime Minister Manmohan Singh today expressed satisfaction with the great progress the United States and India have made in advancing our strategic partnership to meet the global challenges of the 21st century.  Both our countries are linked by a deep commitment to freedom and democracy . . . and a desire to increase mutual security against the common threats posed by intolerance, terrorism, and the spread of weapons of mass destruction.  The successful transformation of the U.S.-India relationship will have a decisive and positive influence on the future international system as it evolves in this new century.") (Ex. A).

See also United States and India Complete Civil Nuclear Negotiations, Joint Statement by Secretary of State Condoleezza Rice and Indian Minister of External Affairs Shri Pranab Mukherjee (July 27, 2007), available at http://www.state.gov/secretary/rm/2007/89522.htm (announcing "historic milestone" in the two countries' "strategic partnership" by completing negotiations on the "123 agreement") (Ex. B); Steve Herman, Gates Visit to India Latest Sign of Growing Military Ties (Feb. 26, 2008), available at http://www.globalsecurity.org/military/library/news/2008/02/mil-080226-voa03.htm) (quoting Sec. Gates as stating:  "We have as broad a range of interactions between the American and the Indian militaries, certainly from our side, as we have almost anywhere in the world . . . [a]nd I'm here to look at ways in which we can further expand that relationship.") (Ex. C); Media Note; U.S. Dep't of State, Joint United States-India Statement on the India-US Joint Working Group on Counterterrorism, (rel. Apr. 21, 2006), available at http://www.state.gov/r/pa/prs/ps/2006/64967.htm (Ex. D).

[3] See Ex. B.

"new major market for U.S. defense industries" as U.S. companies compete for a larger share of India's defense purchases, which are expected to total $30 billion by 2012 (and "a stunning" $80 billion by 2022).[4] Defense Secretary Gates' visit in February of this year focused on increasing U.S. arms sales to India. The sales mentioned in connection with Gates' trip went far beyond the limited and generally obsolete technology improperly sold by Cirrus, and included advanced fighter aircraft (the entire aircraft – not selected parts), long range reconnaissance aircraft to be made by Boeing, and possibly even a naval aircraft carrier.[5]

The fact that the United States and India are now closely aligned does not negate Mr. Sudarshan's responsibility for failing to follow export regulations, and is not offered for that reason. The close alliance between the two countries, however, makes clear that the parts sold by Cirrus are within the control of a strategic partner of the United States, and will not be used against U.S. interests. Moreover, the sophistication and volume of current sales to India make equally clear that Cirrus' sales of obsolete parts were of no strategic significance to the two countries' military and diplomatic relationships, including the budding relationship for cooperation on peaceful use of nuclear energy.[6] The weapons systems now being sold openly to India are orders of magnitude more powerful and significant than Cirrus' sales in years prior to 2007. These facts clearly should be reflected as part of the nature of the offense and in the sentence imposed in this case.

---

[4] Subhash Vohra, India is Emerging as a New Major Market for U.S. Defense Industries (Mar. 25, 2008), available at http://www.voanews.com/english/archive/2008-03/2008-03-17-voa46.cfm (Ex. E).

[5] See, e.g., Nandini Lakshman, Gates Butters Up India for U.S. Guns, Bus. Week, Feb. 26, 2008, available at http://www.businessweek.com/globalbiz/content/feb2008/gb20080226_068998.htm (Ex. F).

[6] Cirrus' exports were limited to individual parts. Cirrus did not export any fully operational system of any type, weapons or otherwise. Certain of the parts sold by Cirrus, such as resistors and capacitors, retailed for less than $1 per part. The parts specified in the Information include such smaller parts, as well as memory processing units.

## 2. Mr. Sudarshan's History And Characteristics, Including Strong Family Ties And Charitable Nature, Warrant A Non-Guidelines Sentence

A second factor favoring a limited sentence in this case is "the history and characteristics of the defendant. . . ." See 18 U.S.C. § 3553(a)(1). This is a wide-ranging factor, permitting sentencing courts to consider many features of the defendant's life when fashioning a fair and just sentence.

The strength of a defendant's family ties is an important factor relied upon by sentencing courts under Section 3553(a). See Simon v. United States, 361 F. Supp. 2d 35, 42 (E.D.N.Y. 2005) (lower non-Guidelines sentence imposed in part because defendant "had been a caring father"); United States v. Nellum, No. 2:04-CR-30-PS, 2005 WL 300073, at *4 (N.D. Ind. Feb. 3, 2005) (lower non-Guidelines sentence imposed in part due to his good relationship with his children). Another factor courts consider when evaluating a defendant's history and characteristics is service to the community and charity. See, e.g., United States v. Arthur, No. 04-CR-122, 2006 U.S. Dist. LEXIS 93819, at *27-32 (E.D. Wis. Dec. 22, 2006) (In determining that sentence within the guideline range "would be greater than necessary to satisfy the purposes of sentencing," the court found "[t]he guidelines did not account for the defendant's significantly positive personal characteristics, as reflected in her good works and the many letters [the court] received" which "depicted someone who is caring, responsible and eager to help others."). The 154 letters in the record in this case are too numerous to summarize fairly in the allowable page limit. They include testaments from family, friends, neighbors, religious leaders, colleagues and teachers. As a whole, they strongly attest to the depth of Mr. Sudarshan's ties to his extended family, and his family's and friends' reliance on him over many years.[7]

---

[7] Supporting letters appear in the Ayers Declaration. For ease of reference, a table containing excerpts of selected letters is attached as Exhibit G.

By way of background, Mr. Sudarshan was born in Tiruchirappalli, India in 1960. There he and his six brothers and sisters slept on the floor in the hallways, or wherever they could find room in the two-bedroom house in which he, his parents, his grandparents and siblings lived. Mr. Sudarshan took his first job as a waiter at age 12. He graduated from college in 1982 at age 22. His father retired the same year. From that point forward, Mr. Sudarshan, despite being the third youngest son, assumed the role as a primary support of his family. While Mr. Sudarshan had planned to pursue post-graduate education in the United States, he sacrificed that goal so that he could work in order to pay for his younger siblings' education, and other support for various other family members. He ultimately assisted four of his siblings obtain college degrees. He similarly has contributed to his family and others outside his family in multiple ways. Letters submitted on his behalf show, for example, that he has consistently ameliorated the lives of his loved ones,[8] he has supported the educational pursuits of family, friends and strangers alike with financial and moral support, [9] and he has donated his time and resources generously to his community and area religious and charitable institutions.[10]

Cirrus' founding was an extension of Mr. Sudarshan's efforts to assist his family. Since 1997, he built the company into a modestly successful family business. The company, however, was never large. The maximum number of employees at any one time was no more than a dozen, about half of whom were relatives of Mr. Sudarshan. During its most successful year, Cirrus' total revenues (before any expenses) were between US$2 and US$3 million. Its gross profit (after deduction for the cost of parts sold, but before administrative expenses) never exceeded US$600,000. The majority of its revenues were from legitimate sales to companies

---

[8] See, e.g., Ex. G, nos. 1-15.

[9] See, e.g., Ex. G, nos. 5, 13, 16-20.

[10] See, e.g., Ex. G, nos. 20-31.

allowed to receive exports of components regulated under Commerce Department rules.

While in the United States, Mr. Sudarshan purchased a home in South Carolina to develop roots that he hoped would allow him and his family to become U.S. citizens. He planned for his youngest son, who excelled in middle and high school while in this country, to be educated at American colleges. He realizes that these goals are no longer achievable as a result of his actions that led to the current conviction, and intends to return to Singapore willingly upon the completion of his incarceration. His primary desire at the present time is to be released so he can return to his family and begin rebuilding his life. When released, Mr. Sudarshan will continue to be a tremendous asset to his family and community.

### 3.    Avoidance of Disparities in Sentences

An important factor under Section 3553(a) is the need to avoid "unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct. . . ." 18 U.S.C. § 3553(a)(6). Here, a sentence of 15 months (or time served) best achieves this goal. United States v. Bras, 483 F.3d 103, 112 (D.C. Cir. 2007) (courts must consider the need to avoid sentence disparities between "similarly situated" defendants) (citation omitted).

Exhibit H contains a list of sentences imposed since 2001 in cases involving violation of export regulations.[11] This collection of historical sentences is striking. Of 61 cases covered, 25 resulted in no incarceration whatsoever.[12] A full two thirds (41 of 61) resulted in a total time of incarceration of 12 months or less – i.e., less time than Mr. Sudarshan has already served in this

---

[11] The Court should be aware that the base level for sentences imposed under Section 2.M5.2 of the Guidelines was changed in November 2001 from 22 to 26. It is not possible to determine from currently available materials which of the sentences in Exhibit H were imposed under the prior guidelines, and which were imposed under the current base level. The change in Guideline levels, however, in no way justifies imposition of disparate sentences for similar conduct under Section 3553(a)(6), regardless of which level applied in the cases listed.

[12] Most of these cases did result in probation and/or fines.

- 7 -

case. The cases involving sentences of 12 months or less involved conduct similar to that in the present case. Among cases in this category, the products exported were essentially the same as those here: "low-noise amplifier chips (missile application)," "computer components," "night vision equipment," "radar for military jets," "computer/satellite equipment," "parts for military radar," "parts of jet engines," and "microwave amplifiers (missile guidance systems)."[13] Nor were the countries to which the parts exported more benign than the exports to India in this case. Cases involving sentences of less than 12 months included exports to Iran, China, Syria, and Pakistan (as well as India).[14] In summary, the great majority of cases involving similar parts and similar countries resulted in a sentence less than the time that Mr. Sudarshan has already served.

Exhibit H also makes clear that sentences of the length of the alternative sentence that the government may seek under the plea agreement are rare: only 4 of 61 cases involved a sentence of as much as 60 months. And those cases generally involved facts that merit more severe treatment based on the circumstances involved. Khalil, H. Elashi and I. Elashi, for example, all involved support for known terrorist organizations such as Hezbollah and Hamas.[15]

This Court was directly involved in the Karni case (Ex. H, p. 3 (case 53)). As the Court is aware, Karni was involved in the sale to Pakistan of "triggered spark gaps" that could be used to detonate nuclear devices. After pleading guilty and cooperating, the Court sentenced Mr. Karni to 36 months. Given the significant difference in the dangerousness of the parts at issue in Karni, which could detonate nuclear weapons, a sentence of time served here would reflect an even-handed approach that avoids disparities of the type disfavored by Section

---

[13] See Ex. H, p. 1 (cases 20, 21 and 25) and p. 2 (cases 27, 28, 33, 34, and 36).

[14] See Ex. H, pp. 1-2 (throughout) Each country specified is listed in multiple cases on pages 1-2.

[15] See Ex. H, p. 5 (cases 58, 59, and 61). The defendant in the fourth case, Wen, was sentenced after putting the government to proof at trial, and unlike the present case, there is no evidence that the defendant in Wen cooperated with the government after conviction.

3553(a)(6).

## C.    A Non-Guidelines Sentence of Time Served Affords Adequate Deterrence To Criminal Conduct

The alternative sentence that the government may seek under the plea agreement is not

necessary either to deter the specific defendant in this case from committing future criminal acts,

or members of the general public likely to commit similar crimes. See 18 U.S.C.

§ 3553(a)(2)(B). Where this is so, a sentence less than the applicable guidelines may be

imposed. See, e.g., United States v. Bernard, No. 06-CR-483 (JBW), 2008 U.S. Dist. LEXIS

27577 at *3 (E.D.N.Y. Mar. 19, 2008) (specific and general deterrence satisfied by sentence of

time served (20 months) for offense of drug possession with Guidelines range of 46-57 months).

Sanctions for violating U.S. export laws are well-publicized and well known throughout

the relevant business community. The Department of Commerce already has published multiple

administrative orders about Mr. Sudarshan's case. Further, the Department reports criminal

sentences for violations on an annual basis.[16]  In this case, a sentence of 15 months of

imprisonment is more than sufficient to deter others from violating U.S. export regulations.

Mr. Sudarshan is extremely unlikely to re-offend because the minimal profit he derived

from the improper transactions at issue is far outweighed by the consequences he has suffered.

The harsh consequences Mr. Sudarshan has endured as a result of his crime have served as a

deterrent so severe that Mr. Sudarshan would never again consider running afoul of the law.[17]

As a result of his confinement, Mr. Sudarshan has been subjected to more severe collateral

consequences than a typical defendant which has made his imprisonment particularly

---

[16] Furthermore, Cirrus itself faces further charges in Singapore that carry significant penalties. See Summons To An Accused Person, SC-007676-08 (Mar. 6, 2008) (Ex. I).

[17] In addition to 15 months of incarceration without direct contact with his loved ones, Mr. Sudarshan has endured the pain and anguish he has caused his family, the shame of being branded a felon in a community that otherwise holds his family name in high esteem, and the loss of his business and plans for providing financial security for his entire family.

difficult and will ensure that he will not commit further offenses.[18]  Finally, Mr. Sudarshan faces

deportation upon his release, and the likelihood that he will re-offend is virtually nonexistent,

consequently, specific deterrence is satisfied in this case by a sentence of time served.  See

United States v. Azua, No. 07-CR-495 (JBW), 2008 U.S. Dist. LEXIS 27574 at *3 (E.D.N.Y.

Mar. 6, 2008) (non-Guidelines sentence was sufficient to satisfy specific deterrence because,

inter alia, defendant had no prior criminal convictions and "the likelihood of deportation and lack

of opportunity to commit further crimes in this country"). [19]

## III.    CONCLUSION

For the reasons set forth above, the Court should sentence Mr. Sudarshan to a term of 15

months time served and order his immediate release for deportation to Singapore.

Respectfully submitted,

Reid H. Weingarten (D.C. Bar #365893)
William T. Hassler (D.C. Bar #455381)
Robert A. Ayers (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Dated:  June 6, 2008                    Counsel for Parthasarathy Sudarshan

---

[18] For example, Mr. Sudarshan's mother is 75 years old.  He has not seen her since his arrest.
Although she sought a visa in order to attend his sentencing hearing, the United States denied the
visa.  As a result, if Mr. Sudarshan is sentenced to the full time the government may request, he
would be unable to see either of his parents for more than three more years, or until his mother is
78, since U.S. officials will not allow his mother to travel to this country.

[19] Further, numerous courts have imposed lower sentences pursuant to 18 U.S.C. § 3553(a)(2)(C)
based on the fact that a given defendant was, like Mr. Sudarshan, a first offender over 40 years of
age, and thus an unlikely candidate to be a recidivist.  See, e.g., United States v. Ruiz, 2006 U.S.
Dist. LEXIS 28970 at *13-12 (S.D.N.Y. May 9, 2006) (imposing a lower non-Guidelines
sentence in part because defendant was 46 years old); see also United States v. Hernandez, No.
03 CR 1257 (RWS), 2005 WL 1242344, at *5 (S.D.N.Y. May 24, 2005) (same for 49 year-old
defendant).

- 10 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of the foregoing Sentencing Memorandum of Parthasarathy Sudarshan was served on the government by the ECF filing system, and to Probation Officer Kelli Griffin Cave by email at:  Kelli_Cave@dcp.uscourts.gov.

Robert Ayers

# EXHIBIT A



White House Press Release
**Office of the Press Secretary**
New Delhi, India
March 2, 2006

# U.S.-India Joint Statement

President George W. Bush and Prime Minister Manmohan Singh today expressed satisfaction with the great progress the United States and India have made in advancing our strategic partnership to meet the global challenges of the 21st century. Both our countries are linked by a deep commitment to freedom and democracy; a celebration of national diversity, human creativity and innovation; a quest to expand prosperity and economic opportunity worldwide; and a desire to increase mutual security against the common threats posed by intolerance, terrorism, and the spread of weapons of mass destruction. The successful transformation of the U.S.-India relationship will have a decisive and positive influence on the future international system as it evolves in this new century.

Reviewing the progress made in deepening the global partnership between the United States and India since their Joint Statement of July 18, 2005, the President and the Prime Minister reaffirm their commitment to expand even further the growing ties between their two countries. Consistent with this objective, the two leaders wish to highlight efforts the United States and India are making together in the following areas, where they have:

## FOR ECONOMIC PROSPERITY AND TRADE

(1) Agreed to intensify efforts to develop a bilateral business climate supportive of trade and investment by: 1. Welcoming the report of the U.S.-India CEO Forum, agreeing to consider its recommendations aimed at substantially broadening our bilateral economic relations, and directing the Chairs of the Indo-U.S. Economic Dialogue to follow up expeditiously with the CEO Forum; 2. Endorsing the efforts of the U.S.-India Trade Policy Forum to reduce barriers to trade and investment with the goal of doubling bilateral trade in three years; 3. Agreeing to advance mutually beneficial bilateral trade and investment flows by holding a high-level public-private investment summit in 2006, continuing efforts to facilitate and promote foreign direct investment and eliminate impediments to it, and enhancing bilateral consultations on various issues including tariff and non-tariff barriers to trade in goods and services, and preventing the illicit use of the financial system.

(2) Sought to expand cooperation in agriculture by: 1. Launching the Knowledge Initiative on Agriculture with a three-year financial commitment to link our universities, technical institutions, and businesses to support agriculture education, joint research, and capacity building projects including in the area of biotechnology. 2. Endorsing an agreed workplan to promote bilateral trade in agriculture through agreements that: lay out a path to open the U.S. market to Indian mangoes, recognize India as having the authority to certify that shipments of Indian products to the United States meet USDA organic standards, and provide for discussions on current regulations affecting trade in fresh fruits and vegetables, poultry and dairy, and almonds.

(3) Reaffirmed their shared commitment to completing the WTO Doha Development Agenda (DDA) before the end of 2006, and agreed to work together to help achieve this outcome.

## FOR ENERGY SECURITY AND A CLEAN ENVIRONMENT

(1) Welcomed the successful completion of discussions on India's separation plan and looked forward to the full implementation of the commitments in the July 18, 2005 Joint Statement on nuclear cooperation. This historic accomplishment will permit our countries to move forward towards our common objective of full civil nuclear energy cooperation between India and the United States and between India and the international community as a whole.

(2) Welcomed the participation of India in the ITER initiative on fusion energy as an important further step towards the common goal of full nuclear energy cooperation. (3) Agreed on India's participation in FutureGen, an international public-private partnership to develop new, commercially viable technology for a clean coal near-zero emission power project. India will contribute funding to the project and participate in the Government Steering Committee of this initiative. (4) Welcomed the creation of the Asia Pacific Partnership on Clean Development and Climate, which will enable India and the

U.S. to work together with other countries in the region to pursue sustainable development and meet increased energy needs while addressing concerns of energy security and climate change. The Partnership will collaborate to promote the development, diffusion, deployment and transfer of cleaner, cost-effective and more efficient technologies and practices. (5) Welcomed India's interest in the Integrated Ocean Drilling Program, an international marine research endeavor that will contribute to long-term energy solutions such as gas hydrates. (6) Noting the positive cooperation under the Indo-U.S. Energy Dialogue, highlighted plans to hold joint conferences on topics such as energy efficiency and natural gas, to conduct study missions on renewable energy, to establish a clearing house in India for coal-bed methane/coal-mine methane, and to exchange energy market information.

## FOR INNOVATION AND THE KNOWLEDGE ECONOMY

(1) Emphasizing the importance of knowledge partnerships, announced the establishment of a Bi-National Science and Technology Commission which the U.S. and India will co-fund. It will generate collaborative partnerships in science and technology and promote industrial research and development. (2) Agreed that the United States and India would work together to promote innovation, creativity and technological advancement by providing a vibrant intellectual property rights regime, and to cooperate in the field of intellectual property rights to include capacity building activities, human resource development and public awareness programs. (3) Agreed to continue exploring further cooperation in civil space, including areas such as space exploration, satellite navigation, and earth science. The United States and India committed to move forward with agreements that will permit the launch of U.S. satellites and satellites containing U.S. components by Indian space launch vehicles, opening up new opportunities for commercial space cooperation between the two countries. (4) Welcomed the inclusion of two U.S. instruments in the Indian lunar mission Chandrayaan-1. They noted that memoranda of understanding to be signed by ISRO and NASA would be significant steps forward in this area. (5) Welcomed the U.S. Department of Commerce's plan to create a license exception for items that would otherwise require an export license to end-users in India engaged solely in civilian activities.

## FOR GLOBAL SAFETY AND SECURITY

(1) Noted the enhanced counter-terrorism cooperation between the two countries and stressed that terrorism is a global scourge that must be fought and rooted out in every part of the world. (2) Welcomed the increased cooperation between the United States and India in the defense area, since the New Framework for the U.S.-India Defence Relationship was signed on June 28, 2005, as evidenced by successful joint exercises, expanded defence cooperation and information sharing, and greater opportunities to jointly develop technologies and address security and humanitarian issues. (3) Reaffirmed their commitment to the protection of the free flow of commerce and to the safety of navigation, and agreed to the conclusion of a Maritime Cooperation Framework to enhance security in the maritime domain, to prevent piracy and other transnational crimes at sea, carry out search and rescue operations, combat marine pollution, respond to natural disasters, address emergent threats and enhance cooperative capabilities, including through logistics support. Both sides are working to finalize a Logistics Support Agreement at the earliest. (4) Welcomed India's intention to join the Container Security Initiative aimed at making global maritime trade and infrastructure more secure and reducing the risk of shipping containers being used to conceal weapons of mass destruction. (5) Reiterated their commitment to international efforts to prevent the proliferation of weapons of mass destruction. (6) Building on the July 2005 Disaster Relief Initiative, noted the important disaster management cooperation and their improved capabilities to respond to disaster situations. (7) Recognized the importance of capacity building in cyber security and greater cooperation to secure their growing electronic interdependencies, including to protect electronic transactions and critical infrastructure from cybercrime, terrorism and other malicious threats.

## DEEPENING DEMOCRACY AND MEETING INTERNATIONAL CHALLENGES

(1) Recalled their joint launch of the UN Democracy Fund in September 2005 and offered the experience and expertise of both Governments for capacity building, training and exchanges to third countries that request such assistance to strengthen democratic institutions. (2) Welcomed the decision of India and the United States to designate a representative to the Government Advisory Board of the International Centre for Democratic Transition (ICDT) located in Budapest to facilitate cooperative activities with ICDT. (3) Agreed that the Virtual Coordination and Information Centres set up in September 2005 should be further strengthened and a bilateral meeting aimed at developing a practical programme for utilization of its services be held soon. (4) Expressed satisfaction at the expedited USFDA drug approval processes that strengthen the combat against HIV/AIDS at the global level and encourage greater corporate participation to meet this challenge, including the establishment of the Indo-U.S. Corporate Fund for HIV/AIDS.. (5) Agreed to expand bilateral efforts and continue cooperation in the area of medical research and strengthen technical capacity in food and drug regulation in India as well as address the concern on avian influenza, including agreement to reach out to the private sector, develop regional communications strategies, and plan an in-region containment and response exercise. The President welcomed India's offer to host the International Partnership on Avian and Pandemic Influenza meeting in 2007. (6) Welcomed India's membership in the Coalition Against Wildlife Trafficking, a partnership through which we will collaborate in the fight against illegal trade in wildlife and wildlife parts; we also welcome the opportunity to strengthen longstanding work together on the conservation of wildlife through cooperation on park management and ecotourism.

President Bush thanked Prime Minister Singh and the people of India for the warmth of their reception and the generosity of their hospitality.

Released on March 2, 2006

 BACK TO TOP

Published by the U.S. Department of State Website at http://www.state.gov maintained by the Bureau of Public Affairs.

# EXHIBIT B



# U.S. DEPARTMENT of STATE

# United States and India Complete Civil Nuclear Negotiations

**Statement by Secretary Condoleezza Rice**
Washington, DC
July 27, 2007

### Joint Statement by Secretary of State Condoleezza Rice and Indian Minister of External Affairs Shri Pranab Mukherjee

The United States and India have reached a historic milestone in their strategic partnership by completing negotiations on the bilateral agreement for peaceful nuclear cooperation, also known as the "123 agreement." This agreement will govern civil nuclear trade between our two countries and open the door for American and Indian firms to participate in each other's civil nuclear energy sector.

The conclusion of negotiations on this agreement marks a major step forward in fulfilling the promise of full civil nuclear cooperation as envisioned by President Bush and Prime Minister Manmohan Singh.

The successful completion of the text permits us to move forward on the U.S.-India Civil Nuclear Cooperation initiative, first announced by the two leaders on July 18, 2005, and reaffirmed on March 2, 2006. The next steps include India's negotiation of a safeguards agreement with the IAEA and support for nuclear trade with India in the forty-five member Nuclear Suppliers Group. Once these additional actions have been completed, President Bush will submit the text of the agreement to the U.S. Congress for final approval.

Civil nuclear cooperation between the United States and India will offer enormous strategic and economic benefits to both countries, including enhanced energy security, a more environmentally-friendly energy source, greater economic opportunities, and more robust nonproliferation efforts.

This achievement reinforces the growing bilateral relationship between two vibrant democracies. We are committed to the strategic partnership outlined by President Bush and Prime Minister Manmohan Singh, and look forward to working together to implement this historic initiative.

**2007/644**

Released on July 27, 2007

BACK TO TOP

Published by the U.S. Department of State Website at http://www.state.gov maintained by the Bureau of Public Affairs.

EXHIBIT C



**GlobalSecurity.org**     Education     Jobs     Travel     Gifts

Home :: Military :: Library :: News :: 2008 :: February ::

## MILITARY

 VOICE of AMERICA

## Gates Visit to India Latest Sign of Growing Military Ties

By Steve Herman
New Delhi
26 February 2008

India's prime minister and defense minister are among the top government officials who are to meet in New Delhi with U.S. Defense Secretary Robert Gates. VOA correspondent Steve Herman reports from the Indian capital the visit is the latest example of growing defense ties between the United States and India.

Robert Gates, on his first visit to India as U.S. defense secretary, is hoping to expand military cooperation between the two democracies.

India's warming ties with the United States in defense and maritime security come after an era of a close military relationship between New Delhi and Moscow.

Speaking briefly to reporters following his arrival in the Indian capital Tuesday afternoon, Gates noted that the relationship has been steadily growing since the two countries signed a defense framework agreement in 2005.

"We have as broad a range of interactions between the American and the Indian militaries, certainly from our side, as we have almost anywhere in the world," Gates said. "And I'm here to look at ways in which we can further expand that relationship."

India's government, in an official statement, says the two-day visit gives further impetus to ongoing defense cooperation.

Gates' trip comes as India prepares to accept bids for a lucrative contract for 126 state-of-the-art jet fighter planes. Two American companies, Boeing and Lockheed Martin, are among those vying for the sale, which is expected to be worth ten billion dollars. Also in the competition are Russian and European manufacturers.

The closer defense ties between Washington and New Delhi are not without domestic critics here, especially those on the left who oppose what they call American desires to draw traditionally unaligned India into an alliance with the United States.

The former director of the Central Intelligence Agency denies he will be trying to push a stalled civil nuclear agreement between the two countries.

"I'm here independent of that to see how we can expand the military-to-military relationship, independent of the civil nuclear agreement," Gates said.

The landmark deal would allow nuclear-armed India to receive reactor fuel in spite of India not being a signatory to international non-proliferation and arms control agreements.

As to whether the controversial deal would be concluded, the defense secretary told reporters he "gave up forecasting the future" when he left the CIA.

As Gates arrived, India announced it had successfully test-fired, for the first time from under the sea, a nuclear-capable

missile.

The Defense Ministry says the test, off India's southeastern coast, was launched from an undersea platform. The K-15 missile, with a reported top range of 700 kilometers, is to be deployed on a nuclear submarine India is building.

India's triad capability -- launching missiles from land, air and sea -- would put India into an exclusive club along the United States, Russia, France and China.

Copyright © 2000-2008 GlobalSecurity.org All rights reserved.
Site maintained by: John Pike

# EXHIBIT D



Media Note
**Office of the Spokesman**
Washington, DC
April 21, 2006

# Joint United States-India Statement on the India-US Joint Working Group on Counterterrorism

Following is the text of a joint statement issued by the United States and India at the conclusion of the India-US Joint Working Group on Counterterrorism.

BEGIN TEXT:

The 7th meeting of the India-US Joint Working Group on Counterterrorism, which was established in 2000, was held in Washington on April 19-20, 2006. The Indian delegation was led by Ambassador K.C. Singh, Additional Secretary (International Organizations), Ministry of External Affairs, Government of India. The U.S. delegation was led by Ambassador Henry Crumpton, Coordinator for Counterterrorism, Department of State. A list of the delegations is attached.

The discussions advanced US-India cooperation in areas of common concern such as bioterrorism, aviation security, advancements in biometrics, cyber-security and terrorism, WMD-terrorism, terrorist finance and money laundering and violent extremism. Both sides agreed to share information on a real time basis, respond to counterterrorism assistance requests expeditiously and collaborate to upgrade preparedness and capability to deal with acts of terrorism. Joint counterterrorism exercises will be scheduled and specific training programs in priority areas developed. The delegations also focused on improving the current mechanisms for extradition and legal cooperation.

The two sides agreed that the next session of the Joint Working Group would be held in New Delhi later this year.

END TEXT.

**2006/404**

Released on April 21, 2006

BACK TO TOP

Published by the U.S. Department of State Website at http://www.state.gov maintained by the Bureau of Public Affairs.

# EXHIBIT E



Search

**VOICE OF AMERICA** | VOA Home | VOA English | Regions/Topics | Subscribe to E-mail | Select Langua

LISTEN TO VOA
Latest Newscast
MP3 ▶ 🔊
News Now Live
▶ 🔊
VOA Africa Live
▶ 🔊


REGIONS
Africa
Americas
Asia
Europe
Middle East
U.S.A.

VOA IN DEPTH
American Life
Health & Science
Entertainment
News Analysis
Special Reports

PROGRAMS A TO Z
Shows by Name
VOA News Blog
T2A Chat
XML RSS
VOA Mobile
POD Podcasts
Webcasts
Correspondents
Broadcast Info

LEARN NG ENGLISH
Articles in
Special English
Pronunciations

EDITORIALS
Read Editorials

# India Is Emerging As A New Major Market for U.S. Defense Industries

By Subhash Vohra
Washington
25 March 2008

*Subhash Vohra's Report 1.2 MB (Real)* - *Download (Real)* 🔊
*Subhash Vohra's Report 1.2 MB (Real)* - *Listen (Real)* 🔊
*Subhash Vohra's Report 3.4 MB (MP3)* - *Download (MP3)* 🔊
*Subhash Vohra's Report 3.4 MB (MP3)* - *Listen (MP3)* 🔊



**During the Cold War period, non-aligned India bought most of its armaments from the former Soviet Union. But in recent years, U.S. arms sales to India have increased rapidly.**

Foreign defense companies display their offerings at the Defense Expo '08 in New Delhi



**When India needed military transport planes and helicopters last January, it placed the order with Maryland-based Lockheed Martin Corporation. With the completion of this two billion dollar deal, Washington hopes the door is fully open on a major new market for U.S defense industries. In this report we look at the emerging defense relationship between the United States and India.**

Russia appears to be losing what was a near-monopoly on arms sales to India. Over the last several years, India has increasingly looked toward the United States and Israel to fulfill its needs for state-of-the-art military goods.

Commodore Uday Bhaskar, is a retired Indian Navy officer with 37 years of service. He was a member of India's Task Force on Global Strategic Developments. He agrees that during the Cold War, India relied mainly on the former Soviet Union for purchases of advanced weaponry. But as U.S. – India relations have improved, so has India's desire for American military equipment.

**Related S**
- Gates S
  Commit
  Stronge
  India
- Gates V
  Latest S
  Growing
- US Offic
  to Move
  Seal Civ
  Deal
- India Re
  Deadline
  Nuclear

**Top Stor**
- Pakistan
  Denies S
  Weapons
  🔊

**More Sto**
- Migrants
  Africa D
  Go Hom
- Burma (
  to Relief
  Little Ac
  🔊
- UN Conf
  Praises
  Iraq But
  Challeng
- China Q
  Constru
  🔊
- US Open
  Contacts
  Nepales
  Party 🔊
- Somali (
  Splits Ar
  🔊
- Cluster
  Resoluti
  in Dublin
- Banglad
  Political
- Former
  Press Se



**Commodore Uday Bhaskar was also Deputy Director of India's Institute for Defense Studies and Analyses. He is counted among the leading defense analysts in India**

"More recently, I would say, there has been a change in the texture of the relationship from what was once described as an estranged relationship, India and the United States are moving to a degree of cautious engagement. It is in that sense India has been looking at the most credible and viable sources for military equipment, and clearly the United States has a very credible global profile as a supplier of major military equipment."

Defends 🔊

Commodore Bhaskar says India has charted a wise course on delicate bilateral and multilateral issues. He adds that the stability of India's political system has played a key role in America's willingness to sell India "cutting-edge" weapons systems. "The vibrancy of Indian democracy and the way in which India has conducted itself, both as far as weapons of mass destructions are concerned, and the way in which India has honored all its global commitments without exception, these, to my mind, were taken on board by the United States, particularly the Bush Administration."

Next month, India seeks to purchase 126 new fighter jets worth $12 billion dollars. Several U.S. companies such as Lockheed Martin, the world's biggest defense contractor, and aerospace giant Boeing, will compete for the contract, trying to edge-out their Russian and European rivals.

American defense contractors got a boost for their bid when U.S. Defense Secretary Robert Gates visited New Delhi last month. Mr. Gates reaffirmed America's commitment to a strong defense relationship with India.

"I indicated that we obviously are interested and believe that we are very competitive in the selection of the new fighter, the multi-role combat fighter here in India and that we ask no special treatment, says Mr. Gates. " We simply are pleased to have a place at the table and we believe in a fair competition that we have a very good case to make."

**Defense Secretary Robert Gates, left, shakes hands with India's Foreign Minister Pranab Mukherjee before a meeting in New Delhi**

Peter Spiegel, defense correspondent for the *Los Angeles Times* newspaper, traveled with Defense Secretary Gates on his recent trip to India.

Mr. Spiegel says that over the last three years, the United States has mounted a concerted effort to increase military sales throughout South Asia. He adds that Asian nations have reacted favorably to U.S. overtures, in part because they are uneasy about the rise of China.

"I think there are two things going on here. One is purely commercial. The Indian defense budget is growing rapidly, and unlike China, they are buying weapons from overseas. India is one of the largest overseas acquirers of weapon systems, which is frankly good for the U.S. defense industry, if they are able to crack that market. So, there is a purely commercial interest here for the U.S. government," says Mr. Spiegel. "At the same time we should not underestimate the view of the U.S. about what China is up to there. They are trying to build a Bluewater Navy on their own, trying to acquire an aircraft carrier, are building submarines. I think the U.S. views the alliance with regional navies, particularly the Indian navy, as a real hedge against China."

Commodore Bhaskar says an increased U.S. focus on Asia, and particularly the rise of China, have caused Washington to better appreciate India's strategic importance. India's strong democratic tradition, impressive economic performance, and civilian control of the military are all seen as attractive factors in pursuing a closer strategic relationship. "The United States, to my mind, has come to a strategic determination that, with the end of the Cold War and the advent of what you might describe as post 9/11 global security scenario that they need to engage with India in the furthering of abiding US interests in the 21st century at least in the early part."

During his visit to New Delhi last month, U.S. Defense Secretary Robert Gates also talked with Indian officials about what has been dubbed the "1-2-3 Agreement." The agreement would put into effect a U.S.- India civilian nuclear deal that would allow the export of U.S. nuclear fuel and technology to India.



**In March 2006, President Bush and Indian Prime Minister Manmohan Singh made an announcement about the proposed U.S.- India civilian**

*Los Angeles Times* correspondent Peter Spiegel says the U.S. government has tried to keep the civilian nuclear deal separate from the U.S.-India military relationship.

"Secretary Gates, when he was in Delhi, and I was traveling with him, repeatedly emphasized that this was not his main reason for being there, that the civilian nuclear deal was a deal worked out between the governments of U.S. and India, but separate from the defense relationship. It certainly could hurt the US-India relationship if the deal

**nuclear deal in New Delhi**         falls through, but I think the military- to- military relationship is so important to the U.S. now that it would not affect the defense relationship if the civilian nuclear deal falls through."

Analysts say that, if the nuclear agreement can be implemented, it will be a milestone in U.S.-India relations. Meantime India's defense purchases are projected to double to more than $30 billion dollars by 2012, and climb to a stunning $80 billion by 2022.

This program was written by Subhash Vohra. For International Press Club, I'm Carol Castiel.

**To listen to all of the comments, click on the audio link above.**

✉ E-mail This Article

📧 Print Version

FAQs  |  Terms of Use & Privacy Notice  |  Broadcasting Board of Governors  |  Site Map  |  Link t
|  Contact Us

EXHIBIT F



DIPLOMACY February 26, 2008, 3:51PM EST

# Gates Butters Up India for U.S. Guns

The Defense Secretary is helping to broker deals with stateside weapons manufacturers so the U.S. can supplant Russia as India's top arms source

by Nandini Lakshman

U.S. Defense Secretary Robert Gates is on a sales mission to India. Apart from the big-ticket military hardware the U.S. hopes to sell its close friend and ally as part of the secretary's two-day visit, Western defense contractors are keen to develop India as a long-term customer and hope to wean the country from its long-term weapons supplier, Russia.

Gates' Feb. 26-27 trip comes less than two weeks after the four-day Defense Expo 2008 which concluded in New Delhi on Feb 19. Hawking their wares there were almost all the big, global weapons players: Raytheon, Boeing, Sweden's Saab, France's Dassault, Britain's BAE Systems, Northrop Grumman, and many arms dealers from Israel. Gates' visit also occurs close to India's Mar. 3 internal deadline to consider bids worth $10.2 billion for 125 new fighter jets.

Gates met with Prime Minister Manmohan Singh, External Affairs Minister Pranab Mukherjee and opposition leaders like L.K. Advani, head of the Bharatiya Janata party; at these meetings he was expected to push America's case as an ideal partner for India, given the Asian nation's defense requirements. At a brief press conference in New Delhi Gates stated that he wanted to "expand the significantly improved relations between the U.S. and India." The second day of the visit is expected to bring a slew of new defense deals.

Gates' trip comes in sharp contrast to the last Pentagon visit to India in November, 2006. Then, Under-Secretary of Defense Frank Lavin arrived with a 250-member delegation representing 175 U.S. companies to negotiate hookups with Indian companies to build nuclear reactors.

### FIGHTER JETS IN PLAY

With Gates, however, the mission is different. For Lavin, closing the controversial civilian nuclear deal with the Indians was a priority. Now, despite the nuclear issue having hit gridlock due to opposition in India's Parliament, both India and the U.S. have moved closer than ever. Gates' trip couldn't have been better timed: India is pursuing a plan to improve its armed forces dramatically. New Delhi is expected to buy around $100 billion worth of equipment and technology including fighter aircraft and submarines over the next five years, replacing its outdated Russian arsenal. Being India's first option in defense equipment, over Russia, is Gates' goal.

The fighter jets are the big purchase in play. Here, apart from the American F-16s and F-18s, Russia's MiG-35s are being aggressively marketed to the Indians. The Americans seem to be in the lead. In a separate purchase in early February, India agreed to buy six military transport planes worth $1 billion from Lockheed Martin (LMT). This time, both Lockheed and Boeing are vying to sell fighter jets to India.

India desperately needs aircraft carriers, too, as its purchase of the Russian ship *Admiral Gorshkov* is delayed, and India's own carrier, the INS Viraat, is aging fast. For weeks, reports have circulated in Indian newspapers

and on various blogs that the U.S. would give the *U.S.S. Kitty Hawk*, a conventionally fueled carrier that was slated for decommissioning, to India. But a Navy spokesman in Washington, Lt. Col. Clay Doss, shot that story down. "We're not doing it," he said. "The Navy has no plans to transfer the Kitty Hawk to India, nor is this a subject of discussion between our navies at any level." He noted that any transfer of ships so huge requires congressional approval. The Navy, he added, hasn't sought such approval to transfer the Kitty Hawk to India.

Copyright 2000-2008 by The McGraw-Hill Companies Inc. All rights reserved.

The **McGraw·Hill** *Companies*

EXHIBIT G

# Supporting Letters – Selected Excerpts

| No. | AUTHOR | QUOTATION(S)[1] |
|---|---|---|
| 1 | Mrs. Kumudavalli Parthasarathy, Mr. Sudarshan's mother<br><br>Ayers Decl. ¶ 6 (Ex. 4, pp. 2-3) | "Once he was a schoolboy in '1977' 'Nov' unexpectedly flood water entered all houses and our small town morooned with water.  Our town situated on the bank of river "Kavari.'  Some low level area living people, leave their houses.  At that time 'P.S.' was young boy.  But not bothering anything, he himself made arrangement for food, cloth, shelter to them, without thinking about their caste, statu[s], their financial position.  He saw all, equally.  All people appreciated him for his timely help."<br><br>"Whenever his position becomes higher [status] immediately, he did arrangement for me a better position.  He built for me a house, bought a car.  For monthly expenses he was sending money, he bought for me so many things.  He always used to tell 'Whatever I enjoy mom, you should also enjoy.  Do not worry about anything.  From childhood you suffered so much.  Now I am a big supporter to you.'  That kind, nice words gave me a lot of strength." |
| 2 | Dr. Mahalakshmi Ashokkumar, Mr. Sudarshan's sister<br><br>Ayers Decl. ¶ 8 (Ex. 6, p. 1) | "During our childhood Sudarshan shared the burden of my mother both in domestic work and also spent all the money he got out of scholarship and prices to run the family and for educating his brothers and sisters.  But for his help I would not have become a doctor at all.  He guided me from my school life like a father.  He got me entered to professional course.  Provided me with basic things from watch to everything I needed in the hostel in medical college.  Paid my college and hostel fees from his scholarship and loan.  But for him my mother would have suffered a lot to get me and my sisters married.  He is more than a loving brother to his sisters and brothers as his contribution to every one of our family member's life is unforgettable.  He has been a gifted son to my parents." |

---

[1] The full text of the letters from which the quotations have been excerpted appear as attachments to the Declaration of Robert Ayers ("Ayers Decl.").  Many of the authors of the supporting letters do not speak English as their native language.  The excerpts shown here are reproduced as written, and include spelling, typographical or grammatical errors if such errors appeared in the original.  Emphasis, where shown, is in the original.

**Supporting Letters – Selected Excerpts**                                    **Page 2 of 10**

| No. | AUTHOR | QUOTATION(S)[1] |
|---|---|---|
| 3 | Mr. Parthasarathy Srinivasan, Mr. Sudarshan's brother<br><br>Ayers Decl. ¶ 11 (Ex. 9) | "My brother Sudarshan has been the pillar of our family.  He virtually pulled our entire family (consisting of 9 members) out of poverty." |
| 4 | Mr. Murali Parthasarathy, Mr. Sudarshan's brother<br><br>Ayers Decl. ¶ 9 (Ex. 7) | "For me, Sir, instead of me helping him as an elder brother, he started his love and affection on me that I owe my thanks and gratitude to him for what I am today.  Once he settled-down in singapore, he invited our family to singapore in 1998 and that was the turning point in my life that my son got inspiration to settle-down in singapore.  My son studied well & got an admission for BE (Comp.Engg) in singapore in 2005.  Again he offered me a job in his company and I joined his company in Nov. 2005 as Manager-Marketing & Accounts.  He also allowed us to stay in his singapore house without any rent.  As an employee also, I received all financial and logistical support from him/his company." |
| 5 | Mr. Vijayaraghavan Murali, Mr. Sudarshan's nephew<br><br>Ayers Decl. ¶ 20 (Ex. 18) | "My father used to tell me that they were born in a big family of 7 children and only upon Mr. Sudarshan's graduation and employment, the entire family got a comfortable standard of living.  Even my father, though elder to him, got a job in my uncle's company so that we could settle-down in Singapore after my graduation.  Though my uncle had settled his life in Singapore with his family, he purchased a house for my aged grand-parents, so that they can live peacefully in their native place in India.  He has helped one of my aunts to have a permanent living in Singapore and another aunt financially to get her medical graduation.  He also helped my other uncle, both financially and also by teaching him, to get his graduation from Madras University.  He believes that all people around him, whether relative of friend, should have the same standard of living as him and should all come up in life."<br><br>"After settling-down in Singapore, he has helped us in many ways to come up in our lives.  For example, he bought for me computer books to supplement my education.  He also shared my joy when I aced the exams as he took special interest in my studies." |

Exhibit G to Sentencing Memorandum of Parthasarathy Sudarshan

**Supporting Letters – Selected Excerpts**                                    **Page 3 of 10**

| No. | AUTHOR | QUOTATION(S)[1] |
|---|---|---|
| 6 | Mr. K.L. Ramu, Mr. Sudarshan's brother-in-law<br><br>Ayers Decl. ¶ 23 (Ex. 21) | "So many of our family members are depending on him and look to his presence and support at some point or the other, due to exigencies arising in the life's journey. Being the sole earning member, many of his kith and kin are dependent on him and that his old aged parents are surviving because of his physical, moral and financial support." |
| 7 | Mr S. Sampath Kumar, a neighbor and dear friend of Mr. Sudarshan's mother<br><br>Ayers Decl. ¶ 99 (Ex. 97) | "Parthasarathy Sudarshan studied very well. Slowly they became little better position. He built a house for his parents. Presented a car. He gave money every month for his parents comfortable living." |
| 8 | Mrs. K.R. Aravindavalli, Mr. Sudarshan's sister<br><br>Ayers Decl. ¶ 10 (Ex. 8, pp. 1-2) | "On seeing my parents struggling to bring up the rest of the children, my younger brother Sudarshan who is always a man of good and compassionate heart, took the 'father' role and helped my parents and other brothers and sisters from the money he received from his merit scholarships to pay the fees of the siblings. Of late all are settled in their lives. Even today Sudarshan is our strength of our lives. He used to say at our discomforts time in life 'don't worry. I am here to support all of you. Why fear when I am here.' He is such a man of courage to solve the problems in anybody's life - be them friends or relatives." |
| 9 | Mrs. (Dr.) Alamelu Sudarshan, Mr. Sudarshan's wife<br><br>Ayers Decl. ¶ 3 (Ex. 1, pp. 1-2) | "At the beginning of my medical career, I used to come home late from my hospital work. He always understood my workload as a Doctor and appreciated my efforts in helping those in suffering. He then helped me to open my private clinic by taking various loans in a slum area in Bangalore. He encouraged me to give free services to the people who could not afford to pay the doctor fees."<br><br>"Sudarshan is also a great role-model for our children. He always tells them education and character building is two important pillars for a man. He had a long time dream of moving to USA to give the best education to our children. He was exhilarated when our children realized his struggles to move to USA at his relatively older age and did extremely well in their studies. When we settled in USA, Sudarshan told that his childhood dream has come true." |

Exhibit G to Sentencing Memorandum of Parthasarathy Sudarshan

**Supporting Letters – Selected Excerpts**                                    **Page 4 of 10**

| No. | AUTHOR | QUOTATION(S)[1] |
|---|---|---|
| **10** | Mr. Sampath Sridhar, a relative of Mr. Sudarshan's late father-in-law<br><br>Ayers Decl. ¶ 76 (Ex. 74, p. 1) | "He is a very doting husband.  He is very close to his children.  He treats them as his friends and shares his views with them.  He always tries to teach them good values and honesty.  He has a strong belief that the kids should be taught good behavior, culture and social life at their young age as it will be with them forever." |
| **11** | Mr. V. Muralidharan, Mr. Sudarshan's relative and former neighbor<br><br>Ayers Decl. ¶ 103 (Ex. 101, p. 2) | "He is soft loving person to all.  His parental love is more and more but now a days we cannot see such loving person.  His wife, two children and parents are suffering.  Their financial position came to low place.  Now the whole family depends on him.  His 85 aged father and 75 aged mother cannot live without his support.  His father is losing his memory power.  He wants to see his son before he goes to heaven." |
| **12** | Mr. Chandrasekaran Sathasivam, Head Priest of Sri Sivan Temple in Singapore<br><br>Ayers Decl. ¶ 156 (Ex. 154, p. 2) | "I have known Mr. Sudarshan to teach his sons the importance of devotion compared to material wealth.  He used to say 'Money can come and go in life.  But in order to live a meaningful life, always pray to God and fill your self with positive energy.'  It is my view the Mr. Sudarshan plays an active role in the upbringing of his 2 teenage sons and I humbly request you to reunite them as both his sons are in critical crossroads in their lives and they would be better guided if Mr. Sudarshan is at home with them." |

Exhibit G to Sentencing Memorandum of Parthasarathy Sudarshan

| No. | AUTHOR | QUOTATION(S)[1] |
|-----|--------|-----------------|
| **13** | Mr. Sudarshan Seshasai, Mr. Sudarshan's older son (who is 19 years old)<br><br>Ayers Decl. ¶ 4 (Ex. 2, pp. 1-3) | "<u>Actually, he had our best interests in mind when he started his office in America</u>.  It was his genuine desire to enrich us with the top-notch American educational system, and his desire for us to grow together with the American economy that prompted him to shift the family to America.  This is evident as my brother started school in the USA even before our family moved there as my father believed that my brother could benefit more by attending school early in the USA before all of us moved over.  I also took preparatory courses and I am modest to say that I got perfect scores in my SAT subject tests and good grades in the ACT, so that I could enroll into a good US University and live the 'American Dream' with my family."<br><br>"Mr. Sudarshan's love also extends to our extended family.  He takes good care of all my grandparents.  Specifically, he bought a home in his parents' native place in India so as to care for them in their old age.  He gives them money for their monthly expenses, buys them whatever they need, takes care of their medical expenses and, more significantly, showers them with his affection.  In short, he has great respect and regard for elders and I wish to emulate my father's filiality."<br><br>"Once during my birthday, my father organized a birthday party for me not in our home but in Ramakrishna Mission, a shelter for boys from dysfunctional and broken families.  Our family had sponsored meals for all the boys living in the home for a day and we had plenty of interactions with the boys there.  I am extremely thankful to my dad for this opportunity as it widened my eyes to the plight of others and got me interested in community service.  From there, I realized that we can touch the lives of less fortunate through simple means such as interacting with them or buying them meals.  I wish to follow my father's footsteps in contributing to the society in whatever ways possible, and derive contentment in life knowing that I had made a difference to the people around me.  This thought process is the main reason why I took up medicine." |

**Supporting Letters – Selected Excerpts**                                        **Page 6 of 10**

| No. | AUTHOR | QUOTATION(S)[1] |
|---|---|---|
| 14 | Mr. C.T.V.V.S. Chowdary, a friend and former colleague of Mr. Sudarshan<br><br>Ayers Decl. ¶ 27 (Ex. 27, p. 2) | "As a good friend of mine I could recollect some of the incidents how he helped me.  One such incident is when we were room mates for some time, my brother who is suffering from chronic Parkinson's disease came for treatment.  In between the treatment I had to go for official trip away, for few days.  My options are to send back my brother or leave my brother in relatives place till I come back.  But he assured me that he will take care of my brother, and till I came back he took my brother to hospital for treatment which I will never forget." |
| 15 | Mrs. Padmapriya Adarthaiya, Mr. Sudarshan's first cousin once removed<br><br>Ayers Decl. ¶ 107 (Ex. 105, p. 1) | "Personally, he offered me a job when I was jobless.  When my husband started his business, he offered his financial help.  Likewise, when my mother was diagnosed for a heart surgery, he offered his financial help and other help." |
| 16 | Ms. S. Swathi, Mr. Sudarshan's niece<br><br>Ayers Decl. ¶ 21 (Ex. 19) | "He is a very kind and helpful person who wishes and works for the development of others.  He was my source of inspiration and motivation.  He is the one who has made me understand the value of quality education in life and have always advised me and guided me on how to improve myself not just academically and also on other extracurricular activities.  He has not just considered me as his niece but have always taken care of me as his daughter." |
| 17 | Mr. Sudarshan Srivatsan, Mr. Sudarshan's younger son (who is 15 years old)<br><br>Ayers Decl. ¶ 5 (Ex. 3, p. 3) | "I am currently in secondary grade 4 (grade 10).  I will be taking my O Levels public examinations this year.  This year is a critical year for me as it decides the fate of my life and where I will be.  I still harbor the dream of moving back to US, the land of freedom and liberty.  In order for me to do so, I need to excel in my O Levels exams.  I need my father so that he could provide me with moral support and courage just like he helped my elder brother.  Currently, I am very depressed and unable to focus on my studies.  If my father is here, I am sure I will be able to do well and excel in my life and fulfill my dream of being a top lawyer in the US like the great American President Abraham Lincoln." |

Exhibit G to Sentencing Memorandum of Parthasarathy Sudarshan

**Supporting Letters – Selected Excerpts**                              **Page 7 of 10**

| No. | AUTHOR | QUOTATION(S)[1] |
|-----|--------|-----------------|
| 18 | Ms. Kriffith Chiquitita Fernando, Mr. Sudarshan's son's best friend<br><br>Ayers Decl. ¶ 24 (Ex. 22) | "In my personal life, as a carefree teen I had been neglecting my studies.  But today I am a responsible student earnestly aspiring further studies.  And I owe a creditable gratitude to Mr. Parthasarathy S; it was he who with his caring guidance and concerned reprimands and fatherly advice made me realize the importance of education and value of honesty, time and hard work.  I will remain grateful to him forever and it's my duty to remember him in my little prayers." |
| 19 | Mr. and Mrs. Ramasamy, a teacher at Mr. Sudarshan's sons' school in Singapore<br><br>Ayers Decl. ¶ 31 (Ex. 29, pp. 1-2) | "Although I have told him that his children were very disciplined and hardworking students, he once told me that he wanted to nurture his sons to be equipped for every good work and to be a blessing to the family as well as the community and nation. *** During one of his visits to the school I was reprimanding a pupil for not attending remedial classes in the afternoon.  When questioned the boy said that he did not have money for lunch as his father was unemployed.  On hearing this Mr. Sudarshan without hesitation took out a ten dollar note and gave it to the boy.  He also gave his contact number and told the boy to contact him if he needed any financial aid." |
| 20 | Mrs. V. Rukmani, a former teacher<br><br>Ayers Decl. ¶ 32 (Ex. 30) | "Mr. Parthasarathy is a man of excellent virtues.  The most virtue in him that I wish to highlight would be <u>empathy towards others</u>.  Mr. Sudarshan immediately comes forward to help anyone in problems without distinction or discrimination, without any hesitation."<br><br>"I had taught a girl called Kalyani when she was young.  In 2003, Kalyani secured an Engineering Seat in University.  However, she was very poor and thus could not afford the school fees.  As a result she strongly contemplated of discontinuing her education.  On hearing this, I accompanied Kalyani and went to see Mr. Parthasarathy Sudarshan for help.  Mr. Sudarshan empathized with Kalyani's situation and immediately gave Kalyani Rs. 16,000 for her "Term Fees" and motivated Kalyani to continue with her education." |

Exhibit G to Sentencing Memorandum of Parthasarathy Sudarshan

| No. | AUTHOR | QUOTATION(S)[1] |
|-----|--------|-----------------|
| 21 | Mr. Parasara Badri Narayana Bhatter, the Founder and Managing Trustee of the Srimaan Trust<br><br>Ayers Decl. ¶ 34 (Ex. 32, p. 2) | "Once when an old poor couple were seen lamenting on the street, he enquired them of the reason and found that the only son of the old couple had expired suddenly and they were left with no help for their livelihood.  Immediately Sudarshan humbly volunteered them to help, placed them in a Home and arranged that their monthly expenses were met with.  The old couple are now living peacefully with very much gratitude.  When an Engineering College student was unable to pay his college fees, Sudarshan offered the money without hesitation.  He once presented a tricycle to a handicapped poor boy.  These are the few incidents which I have seen myself.  He used to request others also to help the poors." |
| 22 | Mr. K. Vijayaragavan, Mr. Sudarshan's relative and former neighbor<br><br>Ayers Decl. ¶ 119 (Ex. 117) | "He helped orphanages and oldage homes.  He will not advertise (or) get money for his helps.  He helped for the development of our culture." |
| 23 | Mr. Srinivasan Bhatter, Head priest of Sri Srinavasa Perumal Temple in Singapore<br><br>Ayers Decl. ¶ 154 (Ex. 152, p.2) | "He has never hesitated to donate to the Temple or to dedicate his time for organizing various poojas (prayer activities) in the Temple.  For instance, he willingly donated $10,000/- during the recent consecration ceremony.  I also remember the many different poojas which he helped organize and the numerous Annathanums (Food donation to devotees) that he has sponsored.  In addition, he has often put aside part of his monthly income to support the various temple activities." |
| 24 | Mr. S. Jagannathan, Secretary of the Veda Paripalana Trust<br><br>Ayers Decl. ¶ 114 (Ex. 112) | "We wish to place on record our sincere gratitude and hearty appreciation for your regular contribution of liberal donations to our Charitable Institution meant for the education and spiritual studies of the poor students for whom we provide food, shelter, clothing along with other facilities including medical care.<br><br>We are very much pleased to learn that all your liberal and regular contributions are, in fact, coming from your beloved son Mr. Sudarshan Parthasarathy through your good selves.  We are indeed very grateful to your son Mr. Sudarshan Parthasarathy . . . for his philanthropy and generosity." |

**Supporting Letters – Selected Excerpts**                                        **Page 9 of 10**

| No. | AUTHOR | QUOTATION(S)[1] |
|---|---|---|
| 25 | Mr. S.R. Lakshmi Narasimhan, one of Mr. Sudarshan's childhood friends<br><br>Ayers Decl. ¶ 46 (Ex. 44, p. 1) | "He helped his parents, sisters, brothers, friends and so many peoples. He is a very soft, good, honest and always helping tendency person. Sometimes he helped others while he was in suffering. He never thought [of] his difficulties. As much as possible without expecting anything from others. Most of the time he pleased to do help to poor, old people, without any probakanda. He also helps so many charities temple and poor peoples." |
| 26 | Mr. M. Durairaju, a founder of a welfare association in Bangalore, India<br><br>Ayers Decl. ¶ 33 (Ex. 31, p. 2) | "I know Mr. Sudarshan as a person who have a property in Bangalore during his stay at Ramamurthy nagar next to my residence he was very generous towards donating a piece of land for our association for Boswell digging (for water supply) this has helped more than forty families." |
| 27 | Mr. V. Gokila Vijayaragavan, Mr. Sudarshan's relative and former neighbor<br><br>Ayers Decl. ¶ 138 (Ex. 136) | "He has contributed a lot to the society. For instance, he bought Swami Krishna Premi's devotional discourses and delightfully gave them away as gifts to many elderly people as well as children so that they too could get benefits and nourishment. Anyone challenged financially or mentally would come to see Mr. Sudarshan for help. Without any hesitation, Mr. Sudarshan would then help them out in all ways that were within his capacity. He did not publicize or get receipts for his philanthropic contributions." |
| 28 | Mr. T.N. Shivakumar, Secretary of the Rotary Bangalore Rajajinagar<br><br>Ayers Decl. ¶ 67 (Ex. 65) | "During Rotary Centenary year we had committed ourselves to donate 100 push carts to the poor and needy as a mark of celebrating Rotary. Mr. Parthasarathy Sudarshan, had contributed to some push carts along with the seed money. The recipients whom we donated these push carts through our paired club Rotary club of Madhugiri confirmed that all the recipients are happy and making their good living and they are very thankful to all of us. Mr. Sudarshan had promised to help the poor and needy through Rotary in the future too." |

**Supporting Letters – Selected Excerpts**                                          **Page 10 of 10**

| No. | AUTHOR | QUOTATION(S)[1] |
|-----|--------|-----------------|
| 29 | CPT Thirunarayanan Sriram, Mr. Sudarshan's brother-in-law<br><br>Ayers Decl. ¶ 14 (Ex. 12, pp. 2-3) | "He has done a lot of donations to other temples and charities as well.  He has sponsored a Sacred Golden Sadari (head gear) for Lord Rama at Vaduvur.  He has also co-sponsored with us on numerous occasions in the Sri. Swarnambigai temple for the Birthday and wedding day celebrations for the Goddess being celebrated annually.  During the time of the Tsunami, he had asked us to donate a lot of rice, Medicines and Blankets to the needy people." |
| 30 | Varatharaajan Rangsawamy, Head of Public Relations for the Sri Gokulam Charitable Trust.<br><br>Ayers Decl. ¶ 112 (Ex. 110) | "He is a very nice person and bears moral and social character.  His philanthropic and pious character is evident from the fact that he has been contributing considerably for the cause of disabled and abandoned cows protected and maintained by our Trust." |
| 31 | Mr. Yogi Sharma, from the Vedic Center of Greenville, S.C.<br><br>Ayers Decl. ¶ 56 (Ex. 54) | "I have found Mr. Parthasarathy Sudarshan very social and caring person.  He is always willing to do any volunteer work at Vedic Center.  I have noticed him helping many new comers to the town with any kind of assistance they need.  In my opinion he is a good citizen in all respects." |
| 32 | Mr. Mohan Comandur & Saradha Comandur, friends of the Sudarshan family in Greer, S.C.<br><br>Ayers Decl. ¶ 25 (Ex. 23) | "We have known Sudarshan Parthasarathy and his family since 2005. . . . We have met them several times during prayer meetings and get-togethers.  Sudarshan is a very friendly, soft spoken and a family oriented person.  He does not miss an opportunity to participate in any community event.  He has religious bent of mind and seems to possess a lot of knowledge about various aspects of his religion.  He is very involved in raising his children and is a hard working individual.  We always enjoy his sense of humor and feel good to have been acquainted with him and his family." |

# EXHIBIT H

## AVOIDANCE OF UNWARRANTED
## SENTENCING DISPARITIES

Table of Historical Sentences

| | | Date of Disposition | Defendant | Months Imprisoned | Item(s) Exported | Country | Notes |
|---|---|---|---|---|---|---|---|
| **NO TIME OF IMPRISONMENT** | 1 | 8/4/2006 | David Tatum | 0 | forklift truck parts | Iran | 12 mos. probation + 50 hours community service + $5,000 fine |
| | 2 | 6/30/2006 | Bing Zhao | 0 | electronic components | China | 24 mos. probation |
| | 3 | 6/14/2006 | Terry Li | 0 | electronic components | China | 12 mos. probation |
| | 4 | 5/30/2006 | Richard Greenleaf | 0 | civilian aircraft parts | Libya | 36 mos. probation + $2,500 fine |
| | 5 | 5/1/2006 | Kwan Chun Chan | 0 | electronic circuits: used in defense weapons systems | China | 6 mos. home confinement & 24 mos. probation |
| | 6 | 3/31/2006 | Raymond Teng | 0 | USML Item: seal rings for 20 mm cannon to navy | China | 60 mos. probation + $3,000 fine |
| | 7 | 3/22/2006 | John Carrington | 0 | $1,250,000 worth of crime control equipment | China | 12 mos. probation + $850,000 fine |
| | 8 | 2/1/2006 | Francis Chan | 0 | radiation hardened integrated circuits | China | 36 mos. probation + $6,000 fine |
| | 9 | 11/18/2005 | Walter Lachman | 0 | carbon-carbon technology (missile use) | India | 12 mos. home detention |
| | 10 | 11/18/2005 | Maurice Subilia Jr. | 0 | carbon-carbon technology (missile use) | India | 36 mos. probation (including 6 mos. community confinement followed by 12 mos. home confinement) |
| | 11 | 11/9/2005 | Abed Mehyo | 0 | biometric ID devices | Syria | 12 mos. probation + $1,000 fine |
| | 12 | 10/20/2005 | Bernard Smith | 0 | Imported DRAMS | Korea | 4 mos. community confinement & 8 mos. home detention |
| | 13 | 9/14/2005 | Zheng Zheng | 0 | low-noise amplifier chips (missile application) | China | $1,000 fine |
| | 14 | 7/21/2005 | John Rosenberger | 0 | controlled virus toxins: avian influenza virus smuggled from Saudi Arabia | Syria | 24 mos. probation + $10,000 fine |
| | 15 | 7/19/2005 | Eric Kyriacou | 0 | night vision lenses | Iran | 5 mos. home confinement + 60 mos. probation + financial restitution |
| | 16 | 5/17/2005 | Vladimir Alexan | 0 | thermal insulation material for satellites/missiles | China | 36 mos. probation + $12,000 fine |
| | 17 | 3/3/2005 | LaVern Miller | 0 | polygraph machines | China | 30 mos. probation (including 6 mos. home confinement) + 500 hours community service + $18,000 fine |
| | 18 | 1/10/2005 | Stephen Midgley | 0 | industrial furnace (missile) | China | 12 mos. probation + 120 hours community service + $1,500 fine |
| | 19 | 12/7/2004 | Everett Hylton | 0 | cryogenic submerisble pumps | Iran | 36 mos. probation + $100,000 fine |
| | 20 | 10/6/2004 | Ting-Ih Hsu | 0 | low-noise amplifier chips (missile application) | China | 36 mos. probation |
| | 21 | 10/6/2004 | Hai Lin Nee | 0 | low-noise amplifier chips (missile application) | China | 36 mos. probation |
| | 22 | 7/11/2003 | Reza Pirasteh | 0 | liquid injectors | Iran | 36 mos. probation + $2,000 fine |
| | 23 | 7/9/2003 | Joseph D'Allesio | 0 | tank tracks | Thailand | 24 mos. probation |
| | 24 | 2/14/2003 | Eduard Yarnnik | 0 | fingerprint materials | Belarus | 24 mos. probation + $2,000 fine |
| | 25 | 10/31/2002 | Maria E. Ibanez | 0 | computer components | Africa | 18 mos. probation + $5,000 fine |

AVOIDANCE OF UNWARRANTED
SENTENCING DISPARITIES

Table of Historical Sentences

| | | Date of Disposition | Defendant | Months Imprisoned | Item(s) Exported | Country | Notes |
|---|---|---|---|---|---|---|---|
| **IMPRISONMENT OF 12 MONTHS OR LESS** | 26 | 9/23/2003 | Ralph Michel | 5 | laboratory equipment | Pakistan | 36 mos. supervised release + $50,000 fine |
| | 27 | 4/12/2006 | Tomer Grinberg | 6 | night vision equipment | Greece | See Naji Khalil (no. 58); minimum security camp; deported. |
| | 28 | 7/30/2003 | Kiarash Arastafar | 6 | radar for military jets | Pakistan | TIME SERVED + 24 mos. probation + deported |
| | 29 | 9/1/2006 | Matt Mihsen | 7 | one hand held Taser stun device; Black Talon 9 mm ammunition; one Bushnell .22 rifle scope; pepper spray; one Diamond Tech Pro diamond tester; one bullet-proof vest; three Geiger counters | Syria | 12 mos. supervised release |
| | 30 | 9/22/2005 | Mohammad Farahbakhsh | 7 | computer/satellite equipment | Iran | TIME SERVED +24 mos. supervised release |
| | 31 | 5/2/2005 | Ruo Ling Wang | 7 | electronic equipment | China | TIME SERVED + $1,500 fine |
| | 32 | 7/21/2005 | Mark Dekich | 9 | controlled virus toxins:avian influenza virus smuggled from Saudi Arabia | Syria | 5K: 24 mos. supervised release + $5,000 fine |
| | 33 | 9/5/2003 | Yasmin Ahmed | 10 | various components for military systems, including parts for military radar, armored personnel carriers, and howitzers | Pakistan | TIME SERVED + 36 mos. supervised release+ $50,000 fine |
| | 34 | 7/17/2007 | George Charles Budenz, II | 12 | parts of jet enginges | Malaysia & Belgium | 6 mos. in a half-way house + 36 mos. supervised release |
| | 35 | 3/7/2006 | Ching Kan Wang | 12 | sensitive communication encryption modules | Taiwan | Actually, 12 mos. + one day (likely to make eligible for "good time") |
| | 36 | 10/3/2005 | Qing Chang | 12 | microwave amplifiers (missile guidance systems) | China | conviction overturned |
| | 37 | 7/25/2005 | Charles Kuan | 12 | controlled detector log video emplifiers | China | Actually, 12 mos. + one day (likely to make eligible for "good time") + 24 mos. probation |
| | 38 | 7/21/2005 | Thomas Swieczkowski | 12 | controlled virus toxins: avian influenza virus smuggled from Saudi Arabia | Syria | 5K: 12 mos. + one day + 36 mos. supervised release + $5,000 fine |
| | 39 | 7/21/2005 | John Donahoe | 12 | controlled virus toxins: avian influenza virus smuggled from Saudi Arabia | Syria | 5K: 36 mos. supervised release + $30,000 fine |
| | 40 | 7/21/2005 | Marjorie Evans | 12 | controlled virus toxins: avian influenza virus smuggled from Saudi Arabia | Syria | 5K: 12 mos. + one day + 36 mos. supervised release + $10,000 fine |
| | 41 | 7/21/2005 | Dennis Guerrette | 12 | controlled virus toxins: avian influenza virus smuggled from Saudi Arabia | Syria | 5K: 12 mos. + one day + 24 mos. supervised release + $10,000 fine |

AVOIDANCE OF UNWARRANTED
SENTENCING DISPARITIES

Table of Historical Sentences

| | | Date of Disposition | Defendant | Months Imprisoned | Item(s) Exported | Country | Notes |
|---|---|---|---|---|---|---|---|
| IMPRISONMENT OF 12 TO 24 MONTHS | 42 | 4/28/2005 | Sotaro Inami | 15 | laser sights for M-16 & M-5 rifles | Japan | 36 mos. supervised release |
| | 43 | 4/29/2005 | Markcus Chua | 17 | aircraft parts | Iran | TIME SERVED + deported. Letter requesting that the court take cooperation into account. |
| | 44 | 5/1/2006 | Xiu Ling Chen | 18 | electronic circuits: used in defense weapons systems | China | 24 mos. probation |
| | 45 | 1/19/2006 | Khalid Mahmood | 18 | forklift & tow tractor | Iran | 5K: TIME SERVED + 24 mos. probation |
| | 46 | 5/8/2007 | Reza Tabib | 24 | military aircraft parts | Iran | 6 mos. home confinement & 36 mos. supervised release |
| | 47 | 9/28/2005 | Zhaoxin Zhu | 24 | satellite/radar technology | China | 36 mos. supervised release |
| | 48 | 9/30/2003 | Tariq Ahmed | 24 | various components for military systems, including parts for military radar, armored personnel carriers, and howitzers | Pakistan | 36 mos. supervised release |
| | 49 | 9/10/2003 | Alan Haller | 24 | various components for military systems, including parts for military radar, armored personnel carriers, and howitzers | Pakistan | 36 mos. supervised release |
| | 50 | 9/4/2001 | Saeed Homayouni | 24 | military aircraft parts | Iran | 36 mos. supervised release |

AVOIDANCE OF UNWARRANTED
SENTENCING DISPARITIES

Table of Historical Sentences

|  |  | Date of Disposition | Defendant | Months Imprisoned | Item(s) Exported | Country | Notes |
|---|---|---|---|---|---|---|---|
| **IMPRISONMENT OF MORE THAN 24 TO 59 MONTHS** | 51 | 7/26/2005 | Jian Guo Qu | 22 | electronic equipment | China | Reduced from 46 months after filing of post-sentencing 5K motion. |
|  | 52 | 5/1/2006 | Hao Li Chen | 30 | electronic circuits: used in defense weapons systems | China | 24 mos. probation |
|  | 53 | 8/4/2005 | Asher Karni | 36 | triggered spark gaps (nuclear detonators) | Pakistan | 5K: 24 mos. supervised release |
|  | 54 | 2/23/2006 | Robert Quinn | 39 | forklift & tow tractor | Iran | new trial granted; $6,000 fine |
|  | 55 | 12/21/2005 | Hailin Lin | 42 | electronic components | China | $7,000 fine |
|  | 56 | 5/1/2006 | Weibo Xu | 44 | electronic circuits: used in defense weapons systems | China | 24 mos. probation |
|  | 57 | 7/7/2005 | Abbas Tavakolian | 57 | military aircraft parts | Iran | Charges included money laundering. Conduct included paying undercover agents $100,000 to disguise military parts as agricultural equipment to send to Tehran. Deported. |

AVOIDANCE OF UNWARRANTED
SENTENCING DISPARITIES

Table of Historical Sentences

| | | Date of Disposition | Defendant | Months Imprisoned | Item(s) Exported | Country | Notes |
|---|---|---|---|---|---|---|---|
| **IMPRISONMENT OF MORE THAN 59 MONTHS** | 58 | 2/2/2006 | Naji Khalil | 60 | night vision equipment | Greece | Plead guilty to providing material support to Hezbollah; multiple concurrent sentences; $100,000 fine |
| | 59 | 1/24/2006 | Hazim Elashi | 60 | computers & terrorist funds | Syria & Libya | Did not plead guilty: 24 mos. probation + deported -- Note: Elashi was convicted earlier of sending money to the leader of Hamas. |
| | 60 | 1/18/2006 | Ning Wen | 60 | electronic components | China | Did not plead guilty: $50,000 fine, 24 mos. probation, forfeit residence and $329,826 |
| | 61 | 1/27/2006 | Ihsan Elashi | 72 | computers & terrorist funds | Syria & Libya | Did not plead guilty: 24 mos. probation -- Note: Elashi had plead guilty to another export offense in 2002 that included sending money to the leader of Hamas.  At that time, he received a sentence of 48 months. |