NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                       Criminal Number  08-cr-00037 (RMU)

Parthasarathy Sudarshan
(Defendant)

**FILED**

**JUN 0 9 2015**

Clerk, U.S. District and
Bankruptcy Courts

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☑ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Reid H. Weingarten (365893)
_(Attorney & Bar ID Number)_

Steptoe & Johnson LLP
_(Firm Name)_

1330 Connecticut Avenue, NW
_(Street Address)_

Washington, DC  20036
_(City)        (State)        (Zip)_

202-429-3000
_(Telephone Number)_