NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                   Criminal Number   08-cr-00037 (RMU)

**Parthasarathy Sudarshan**
_(Defendant)_

FILED
JUN 09 2015
Clerk, U.S. District and
Bankruptcy Courts

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA          [■] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_W. Hassler_
_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

William T. Hassler (455381)
_(Attorney & Bar ID Number)_

Steptoe & Johnson LLP
_(Firm Name)_

1330 Connecticut Avenue, NW
_(Street Address)_

Washington, DC  20036
_(City)         (State)         (Zip)_

202-429-3000
_(Telephone Number)_