UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,            )<br>                          )<br>     v.                   )     Case No. 1:08-cr-00037-RMU<br>                          )<br>PARTHASARATHY SUDARSHAN,  )<br>                          )<br>          Defendant.      )<br>                          ) | |

**NOTICE OF FILING REGARDING BULKY EXHIBIT ATTACHMENTS
TO DECLARATION OF ROBERT A. AYERS IN SUPPORT OF
SENTENCING MEMORANDUM OF PARTHASARATHY SUDARSHAN**

Defendant Parthasarathy Sudarshan, through counsel, hereby notifies the Court that Defendant filed one compact diskette containing Defendant's Exhibits to the Declaration Of Robert A. Ayers In Support Of Sentencing Memorandum of Parthasarathy Sudarshan with the Clerk of the Court on June 6, 2008. These exhibits are in both electronic and paper format and are being maintained in the case file in the Clerk's Office. An additional copy of the exhibits in both electronic and paper format have been provided to The Honorable Ricardo M. Urbina via hand delivery.

Respectfully submitted,

_/s/ R. Ayers_
Reid H. Weingarten
William T. Hassler
Robert A. Ayers
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Parthasarathy Sudarshan

Dated: June 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of the foregoing Notice Of Filing Regarding Bulky Exhibit Attachments To Declaration Of Robert A. Ayers In Support Of Sentencing Memorandum of Parthasarathy Sudarshan was served on the government by the ECF filing system, and to Probation Officer Kelli Griffin Cave by email at: Kelli_Cave@dcp.uscourts.gov.

_____
Robert A. Ayers