HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 1:08cr037-01 |
| vs. | : | SSN: N/A |
| SUDARSHAN, Parthasarathy | : | Disclosure Date: April 24, 2008 |

**FILED**
JUN 1 6 2008
Clerk, U.S. District and
Bankruptcy Courts

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein.   *resolved*
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         5-12-08
Prosecuting Attorney                     Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.   *resolved*
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 06/05/08          _William T. Hanly_ 6-5-2008
Defendant            Date                Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by May 8, 2008, to U.S. Probation Officer Kelli Griffin Cave, telephone number (202) 565-1357, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

# STEPTOE & JOHNSON LLP
### ATTORNEYS AT LAW

Robert A. Ayers
202.429.6401
rayers@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

May 6, 2008

**By Electronic Mail**

Kelli Griffin Cave
United States Probation Officer
2800 E. Barrett Prettyman,
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    <u>United States v. Parthasarathy Sudarshan</u>, Crim. No. 08-0037-01

Dear Ms. Cave:

Pursuant to Federal Rule of Criminal Procedure 32(f), we are writing to set forth Mr. Sudarshan's limited objections and clarifications to the Presentence Investigation Report ("PSIR") in this case. Please be advised that we respectfully object or offer clarifications to the following portions of the PSIR.

## SPECIFIC OBJECTIONS / CLARIFICATIONS TO THE PSIR

1.   Page 2 (Identifying Data). The PSIR states that Mr. Sudarshan has 3 dependents. Mr. Sudarshan is the primary means of support for his elderly parents and considers them his dependents, making his total dependents 5. Mr. Sudarshan's parents, for example, live in a home purchased for them by Mr. Sudarshan. While Mr. Sudarshan concedes that his parents do not meet the definition of dependents in IRS Publication 501 because they are not United States citizens, he respectfully submits that his parents satisfy all the requirements of the "Qualifying Relative" test in Publication 501 and should be considered his dependents for purposes of the PSIR.

2.   Page 14 (footnote 11). The government has asserted, as stated by the PSIR in footnote 11, that the i960MC Intel microprocessor was "specifically designed for military applications."

STEPTOE & JOHNSON

Kelli Griffin Cave
March 8, 2008
Page 2


This statement does not appear in the Factual Proffer in Support of Guilty Plea filed in this case, and Mr. Sudarshan disputes its accuracy. If necessary, the evidence will be that the i960MC was designed for embedded applications and suited for a wide range of applications, including non-impact printer, I/O control and specialty instrumentation, in addition to military uses. As a so-called "dual use" item, it is not subject to Department of State regulations. Documents produced by the government show that Rochester Electronics (the vendor that sold the i960 to Cirrus) considered the i960MC to be subject to Commerce Department regulations (rather than State Department regulations). See, e.g., Documents Bates Numbered: 1A_00242-43; 1A_00325-27; CI_00939-40. Rochester employees who authored these documents were expected to be witnesses for the government at trial.

       3.     Page 17 (¶ 67). The PSIR erroneously states that "Sudarshan was one of six children...." Mr. Sudarshan comes from a family of seven children.

       4.     Page 17(¶ 69). The PSIR erroneously states that "The couple had two sons, one of whom is in medical school, the other is in junior college." Mr. Sudarshan's younger son is currently in his 10th year or primary education (High School). Indeed, it is Mr. Sudarshan's younger son's college entrance exams for which Mr. Sudarshan fears he will not be able to help his son prepare.

       5.     Page 21 (¶ 90). The statement in the PSIR that Mr. Sudarshan "plans to sell his home in South Carolina in order to pay further attorney's fees" should be revised. It is unlikely that the entire proceeds of the sale will be used to pay further attorney's fees. Mr. Sudarshan anticipates that a portion of the proceeds of the sale of his South Carolina home will be available to pay other obligations, such as a fine if one is imposed by the Court. It is difficult, however, to estimate with precision the potential fees or fines that may result from the enforcement action against Cirrus now pending in Singapore.

       6.     Page 22 (¶ 93). Since circulation of the draft PSIR, Mr. Sudarshan's family has been informed that charges of $9,500 were made to credit cards fraudulently obtained using Mr. Sudarshan's name. These charges, as well as the $6,000 transfer discussed in the draft PSIR, continue to be a subject of discussion between the Sudarshan family and the Bank of America. It currently appears likely that the Bank of America will take responsibility for any losses associated with these transactions.

STEPTOE & JOHNSON

Kelli Griffin Cave
March 8, 2008
Page 3

    Thank you for your consideration. Please do not hesitate to contact us if you have any questions about this letter or need any additional information for the final PSIR.

        Respectfully submitted,

        Reid H. Weingarten (D.C. Bar #190876)
        William T. Hassler (D.C. Bar #455380)
        Robert A. Ayers (D.C. Bar #488284)
        Steptoe & Johnson LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036-1795
        (202) 429-3000

        Counsel for Parthasarathy Sudarshan

cc:  AUSA Jay Bratt
    AUSA Anthony Asuncion