IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-037 (RMU) |
| | : | |
| v. | : | |
| | : | **FILED** |
| PARTHASARATHY SUDARSHAN, | : | |
| | : | JUN 1 6 2008 |
| Defendant. | : | |
| | | Clerk, U.S. District and |
| ORDER | | Bankruptcy Courts |

Before the Court is the government's motion for a downward departure pursuant to § 5K1.1 of the Guidelines. In addition, the government seeks an additional one-level reduction in the defendant's offense level pursuant to § 3E1.1(b). The Court having considered the government's motion, it **GRANTS** it.

**DONE AND ORDERED** this __16th__ day of June, 2008.

_____
Honorable Ricardo M. Urbina
United States District Judge


Copies to:

AUSA Jay I. Bratt
AUSA Anthony Asuncion
William T. Hassler, Esq.
Reid H. Weingarten, Esq.