UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) <br> ) <br> v.                                          ) <br> ) <br> PARTHASARATHY SUDARSHAN, ) <br> ) <br> Defendant.         ) | Case No. 1:08-cr-00037-RMU |

## MOTION FOR COURT RECOMMENDATION OF FACILITY ASSIGNMENT

Defendant Parthasarathy Sudarshan, by and through counsel, hereby moves this Honorable Court to include in the Judgment Order a recommendation that Defendant be assigned to the Bureau of Prisons Butner Federal Correctional Complex, located at Butner, North Carolina.

In support of this request, Defendant submits the following: (1) Defendant's family currently resides in Singapore; (2) due to the difficulties and expense of traveling from Singapore to the United States during the remainder of his 35-month sentence, Defendant's family will be unable to visit him often, if at all; (3) Defendant and his family have friends in the United States, who reside in South Carolina and would serve as a support system to Defendant as well as his family during their visits; and (4) Butner Complex is the nearest low level security facility to South Carolina and their family's friends.

Therefore, Defendant respectfully requests that the Judgment Order in this matter include a recommendation that Defendant be assigned to the Butner Federal Correctional Complex located at Butner, North Carolina during the remainder of his 35-month sentence.

- 2 -

Defense counsel have consulted with the U.S. Attorney's Office, and they do not oppose Defendant's request.

A proposed order is attached.

Respectfully submitted,

_____
Reid H. Weingarten (D.C. Bar #365893)
William T. Hassler (D.C. Bar #455381)
Robert A. Ayers (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Parthasarathy Sudarshan

Dated: June 18, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v. )<br>)<br>PARTHASARATHY SUDARSHAN, )<br>)<br>Defendant. )<br>) | Case No. 1:08-cr-00037-RMU |

## ORDER

For the reasons set forth in Defendant Parthasarathy Sudarshan's Motion for Court Recommendation of Facility Assignment,

It is HEREBY ORDERED that Defendant's request for a Court recommendation of assignment to the Bureau of Prisons Butner Federal Correctional Complex, located at Butner, North Carolina, be included in the Judgment Order is GRANTED.

                                                    The Hon. Ricardo M. Urbina
                                                    United States District Judge

Dated: _____
Washington, D.C.

- 2 -

Copies to:

Anthony Asuncion
Assistant United States Attorney
National Security Section
555 4th St., NW, Room 3840
Washington, DC 20530
*Counsel for the United States*


William T. Hassler
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000
*Counsel for Defendant Parthasarathy Sudarshan*