UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Case No. 1:08-cr-00037-RMU |
| ) | |
| PARTHASARATHY SUDARSHAN, ) | **FILED** |
| ) | |
| Defendant. ) | JUN **1 9** 2008 |
| ) | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

For the reasons set forth in Defendant Parthasarathy Sudarshan's Motion for Court Recommendation of Facility Assignment,

It is HEREBY ORDERED that Defendant's request for a Court recommendation of assignment to the Bureau of Prisons Butner Federal Correctional Complex, located at Butner, North Carolina, be included in the Judgment Order is GRANTED.

_____
The Hon. Ricardo M. Urbina
United States District Judge

Dated: June 19, 2008
Washington, D.C.

Copies to:

Anthony Asuncion
Assistant United States Attorney
National Security Section
555 4th St., NW, Room 3840
Washington, DC 20530
*Counsel for the United States*


William T. Hassler
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000
*Counsel for Defendant Parthasarathy Sudarshan*